# EXHIBIT D

RIGHTS LICENSE AND PRODUCTION AGREEMENT

This Rights License and Production Agreement (hereinafter, the "Term Sheet") is made as of July 1, 2024 (the "Effective Date") by and between **MEXICO SPORTS DISTRIBUTION LLC** in this document referred to as "FOX", and **FOX CABLE NETWORK SERVICES, LLC**, referred to in this document as "Owner".

| | |
|---|---|
| "FOX": | **MEXICO SPORTS DISTRIBUTION LLC**<br>with offices for receiving notices at:<br>357 Almeria Ave Suite 101<br>Coral Gables, FL 33134<br>Attn: Arlette González Proo |
| "OWNER": | **FOX CABLE NETWORK SERVICES, LLC**<br>c/o Fox Cable Networks<br>2121 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 USA<br>Attn: General Counsel |

\* For the purposes of this Term Sheet, Notices shall not be deemed received by Owner unless in writing and sent by registered or certified mail, return receipt requested.

EVENTS:	Any and all matches occurring during the 2024/2025 Liga MX Regular Season in which the Leon FC Men's football club (the "Club") is deemed the "home" team/side, including the Liga MX (Apertura 2024 and Clausura 2025) football tournaments, any playoffs, wild-card, or finals ("Liguilla") matches and any exhibition/friendlies, international, or any other tournament, cup or qualifying matches played by the Club during the Term (the "Events").

EVENT ACCESS
& PRODUCTION:	FOX and/or its designated production company(ies) shall have the right and obligation to access, shoot footage from, and produce for any third party sublicensee of Owner and/or the soccer club, a worldwide, fully-produced clean feed (with clock, score, basic graphics and Spanish language commentary) to, any and all Events for inclusion in FOX's production and exhibition of the Events and/or any other programming related to or featuring the Events that FOX may produce (collectively, the "Program(s)"). FOX shall be responsible for the production of the Programs and shall ensure that all such Programs are exhibited on FOX's platforms and networks, provided that FOX may, at its own cost and responsibility, elect to receive and distribute a fully produced feed of all Events produced at the venue by a third party production company (e.g., Televisa). FOX shall have the right and obligation to access the Event venue for FOX's production personnel/commentators and their equipment at any venue(s), including, but not limited to all venue areas and surrounding grounds and buildings, the participants, the officials, and all contiguous activities. Notwithstanding the foregoing, FOX acknowledges and agrees that, subject to FOX's exclusivity to telecast the Events in the Territory, Owner and/or the soccer clubs may have other sub-licensees that may also have access to the Event venue areas.  Owner or the soccer club shall provide a reasonable amount of proper working credentials and parking spaces (as close to the venues as possible) as are reasonably requested by FOX. Owner and FOX shall work in good faith to schedule all kick-off times and dates of the Events in advance in order to maximize distribution and availability of the Events in Mexico, and to avoid scheduling conflicts. Nothing herein shall limit Owner's right to enter any Event venue to produce and/or oversee the production of any Events.

TERRITORY:	The territory shall be Mexico only (the "Territory").

MEDIA RIGHTS:	Owner grants to FOX the unlimited, exclusive and irrevocable right to telecast, distribute, exhibit and otherwise use, exploit, edit, sublicense and sell the Programs, in whole or in part, with unlimited replay and highlight rights, in and throughout the Territory for the entire Term, in any and all languages, on a live and/or delayed basis by any and all audio and visual transmission media, technologies or means (including but not limited to social media), whether now existing or hereafter developed.

TERM:	Unless sooner terminated in accordance with the terms and conditions hereof, the Term commences on the Effective Date and shall expire on the day following the last match of the Liga MX Torneo Clausura 2025 (the "Term"). Notwithstanding the Term, Owner shall have the right to terminate this Term Sheet at its sole discretion, at any time, if its acquisition of FOX Sports Mexico (FSM) in not completed by October 31, 2024 (the "Early Termination Option").

CONSIDERATION:

Subject to the terms herein, FOX shall pay to Owner the sum of Twelve Million U.S. Dollars (US$12,000,000.00) for the Regular Season, but not including the Playoff Bonuses, during the Term (the "License Fee"), which shall be allocated as follows:

2024/2025 Regular Season (including Apertura & Clausura and all wildcard games): US$12,000,000.00

Playoff Bonus:

Men's Liga MX:
a)  Quarter Finals: US$600,000.00 per home match
b)  Semifinals: US$650,000.00 per home match
c)  Finals: US$700,000.00 per home match

For the avoidance of doubt, "Playoff Bonus" are limited to the Quarterfinal, Semifinal, and Final matches. Any such Playoff Bonus shall be paid to Owner within thirty (30) days following each applicable Liguilla match.

The License Fee shall be paid to Owner by FOX commencing with an initial payment of Two Million U.S. Dollars (US$2,000,000.00) due on August 30, 2024 and ten (10) subsequent equal monthly installment of One Million U.S. Dollars (US$1,000,000.00) to be paid on the first day of each month.

All fees set forth above are full, complete and final. Any and all applicable taxes, if any, shall be the sole and exclusive responsibility of Owner. Notwithstanding the foregoing, any and all payments hereunder shall be paid on the later of: (i) the above dates; and (ii) thirty (30) days following FOX's receipt of an original invoice and any necessary documents and/or forms from Owner required by FOX to set up payment (e.g. vendor on-boarding forms).

In the event that the date of payment of any of the foregoing License Fee falls on a weekend and/or a national holiday in the U.S. or Mexico, such License Fee shall be due on the immediately following business day that is not a national holiday in the U.S. or Mexico.

SUBLICENSE:

Owner shall have the right to sublicense Events and the signal therefrom to any third party outside of Mexico. In addition to Owner's termination rights herein, it may elect to sublicense FOX's rights and/or obligations herein to a third party within Mexico immediately if any License Fee is more than 10 days past due.

PROMOTION:

FOX shall promote the exhibition of the Events in its Mexico sports platforms and sports programming services and shall produce a weekly show featuring coverage of the Liga MX.

DISTRIBUTION COMMITMENT:

FOX shall ensure that each Program is exhibited live on a FOX platform or network throughout Mexico.

COMMERCIAL INVENTORY:

FOX shall retain any and all commercial inventory in connection with the Programs. FOX has the right to insert into the Programs, sponsorships, commercials, advertising, billboards and sponsored features of any kind or nature by any means now known or hereafter developed.

USE OF LIKENESSES:

Owner grants to FOX, the right in the Territory and throughout the Term, to use the names, and logos of Owner and any athletes, contestants, players, coaches and any other persons or entities connected with or appearing in the Programs, and their names, photographs, likenesses, biographical information, acts, poses, voices and other sound effects, in any and all media for the purposes of promoting, advertising or publicizing the Programs and/or Fox Sports, or otherwise.

ANTI-BRIBERY:

In connection with the rights to the Programs, each party hereby represents, warrants and guarantees to the other that:; (i) In connection with the Events and the Programs, neither party has paid, offered, promised or authorized the payment of money or anything of value, directly or indirectly to any person or entity to influence any act or decision or to secure any advantage in connection with the acquisition of the rights to the Events and/or the Programs;  (ii) Except as expressly disclosed, no agent, consultant, intermediary or other third party (a) has had any involvement in the acquisition of the rights to organize the Events and/or produce the Programs; (b) has been or will be offered, promised or paid any money or anything of value in relation to the organization of the Events and/or production of the Programs; (c) has paid, offered, promised or authorized the payment of money or anything of value, directly or indirectly to any person or entity in relation to the Events and/or the Programs; (iv)

All actions in relation to the acquisition and transfer of the rights to organize the Events and/or to produce the Programs have been and will be conducted in compliance with all applicable laws, rules and regulations, including but not limited to U.S. laws and regulations. The Owner warrants that (i) It has acquired all rights necessary to enter into this Term Sheet directly from the original rights holders for consideration paid directly to them.

OTHER CONDITIONS:

1. The terms and conditions set forth in this Term Sheet may not be modified by either party without written agreement.

2. <u>Indemnification</u>. Each party shall indemnify and hold the other party and its affiliates, and each entities' directors, officers, employees and agents harmless from and against any and all claims, damages, liabilities, costs and expenses (including reasonable attorney's fees) arising out of any breach of its obligations, warranties or representations hereunder. The obligations of each party under this Indemnity section shall survive the expiration or termination of this Term Sheet.

3. <u>Representations and Warranties</u>. Each party represents and warrants to the other party that: it has full authority and capacity to execute this Term Sheet and to perform all of its obligations hereunder; it will not enter into any agreement inconsistent with the terms of this Term Sheet and will comply with all applicable laws and regulations with respect to the performance of its obligations under this Term Sheet; and that it will do nothing to interfere with or impair the other party's rights hereunder.

4. <u>Governing Law</u>. This Term Sheet and all matters collateral hereto will be governed by the laws of the State of California, U.S.A. applicable to contracts made and fully performed therein, without giving effect to principles of conflict of laws. Any legal proceeding relating to this Term Sheet will be instituted and prosecuted solely in, and each party hereby irrevocably submits to the exclusive jurisdiction of, all state and federal courts located in the County of Los Angeles, State of California, U.S.A. unless such an action or proceeding is required to be brought in another court to obtain subject matter jurisdiction over the matter in controversy.  If the party against whom an action or proceeding is being brought does not have assets located in California, the parties agree that any such action or proceeding may also be brought, or a resulting judgment enforced against, such party wherever any assets of such party are located. Each of the parties hereby irrevocably waives any objection that it may have now or hereafter to the laying of the venue of any such action or proceeding in the manner provided in this subparagraph.

5. <u>Assignment</u>. FOX acknowledges and agrees that this Term Sheet may be assigned by Owner without prior written consent of FOX to any third party, provided that Owner provides FOX with notice of such assignment, and in such event, this Term Sheet and its terms and conditions shall be binding upon and inure to the benefit of the parties thereto and their respective successors and permitted assigns. FOX may not assign this Term Sheet without the prior written consent of Owner.

FOX and Owner agree to promptly negotiate in good faith, and to execute, a long-form agreement containing FOX's standard terms and conditions. Until such time, if at all, the terms set forth herein will be a binding agreement between Owner and FOX.

For and on behalf of
**MEXICO SPORTS DISTRIBUTION LLC**
(FOX)

SIGNED:_____

TITLE: *Legal Representative*

DATE:_____

For and on behalf of
**FOX CABLE NETWORK SERVICES, LLC**
(Owner)

SIGNED: Marc Rabinovitz (Oct 23, 2024 17:16 PDT)

TITLE:_____Marc Rabinovitz_____

DATE:_____Senior Vice President_____

*PM*
PM