Kassra P. Nassiri (215405)
kass@njfirm.com
Jaime Dorenbaum (289555)
jaime@njfirm.com
NASSIRI & JUNG LLP
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017
Telephone: (213) 626-6200
Facsimile: (213) 284-3900

Attorneys for Defendant
Mexico Sports Distribution LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOX CABLE NETWORK SERVICES, LLC, and TUBI, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GRUPO LAUMAN HOLDINGS, S. DE R.L. DE C.V., MEXICO SPORTS DISTRIBUTION LLC, ALTENER, S.A. DE C.V., COMTELSAT, S.A. DE C.V., and MEDIA DEPORTES MEXICO, S. DE R.L. DE C.V., <br><br> Defendants. | No. 2:25-CV-02444-JFW-AS <br><br> **DECLARATION OF LEAD TRIAL COUNSEL** |

## <u>DECLARATION OF KASSRA P. NASSIRI</u>

I, Kassra P. Nassiri, declare and state as follows:

1.      I am admitted to practice law in all California courts.  I am an attorney at the firm Nassiri & Jung LLP, counsel of record for Defendant Mexico Sports Distribution LLC. I have personal knowledge of the matters set forth below, and, if called to testify, would and could testify competently thereto.

2.      I am lead trial counsel in the above-captioned matter on behalf of Defendant Mexico Sports Distribution LLC.

3.      I have registered as a CM/ECF User in the above-captioned matter.

4.      My email address of record is kass@njfirm.com.

5.      I have read the Court's Standing Order in this matter (ECF No. 11) and the Civil Local Rules for the District Court for the Central District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 16, 2025

_/s/ Kassra Nassiri_
Kassra P. Nassiri

1
DECLARATION OF LEAD TRIAL COUNSEL