Kassra P. Nassiri (215405)
kass@njfirm.com
Jaime Dorenbaum (289555)
jaime@njfirm.com
NASSIRI & JUNG LLP
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017
Telephone: (213) 626-6200
Facsimile: (213) 284-3900

Attorneys for Defendant
Mexico Sports Distribution LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

|  |  |
|---|---|
| FOX CABLE NETWORK SERVICES, LLC, and TUBI, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GRUPO LAUMAN HOLDINGS, S. DE R.L. DE C.V., MEXICO SPORTS DISTRIBUTION LLC, ALTENER, S.A. DE C.V., COMTELSAT, S.A. DE C.V., and MEDIA DEPORTES MEXICO, S. DE R.L. DE C.V., <br><br> Defendants. | No. 2:25-CV-02444-JFW-AS <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR ABSTENTION** <br><br> Date:   September 8, 2025 <br> Time:   1:30 pm <br> Judge: John F. Walter <br> Place:  Courtroom 7A <br><br> [*Filed concurrently with Motion to Dismiss Second Amended Complaint, Proposed Order, and Declaration of Paulo Jenaro Díez Gargari ISO RJN*] |

Defendant Mexico Sports Distribution LLC ("Defendant"), through its attorneys of record, respectfully requests that this Court take judicial notice of the following court records in support of its Motion to Dismiss.

- Exhibit 1 to the Declaration of Paulo Jenaro Díez Gargari in Support of the Request for Judicial Notice ("Díez Decl.).
- Exhibit 2 to the Díez Decl.
- Exhibit 3 to the Díez Decl.
- Exhibit 4 to the Díez Decl.
- Exhibit 5 to the Díez Decl.
- Exhibit 6 to the Díez Decl.
- Exhibit 7 to the Díez Decl.
- Exhibit 8 to the Díez Decl.
- Exhibit 9 to the Díez Decl.
- Exhibit 10 to the Díez Decl.

Pursuant to Federal Rule of Evidence 201(b), Defendant requests the Court to take judicial notice of court documents relating to the litigation between the parties currently pending before the Superior Courts of Mexico City in Mexico.

A court may "judicially notice a fact that is not subject to reasonable dispute because it ... can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Moreover, "a court may take judicial notice of public records of governmental entities and authoritative sources of foreign law." *In re Ex Parte Application of Jommi*, No. C 13–80212 CRB (EDL), 2013 WL 6058201, at *2 n.1 (N.D. Cal. Nov. 15, 2013).

The documents Defendant requests be judicially noticed are all foreign court documents. Thus, Defendant respectfully requests the Court take judicial notice of the documents identified above. *See In re Jommi,* 2013 WL 6058201, at *2 n.1 (N.D. Cal. 2013). ("Because Exhibits A through G are all either foreign court documents, …, the Court grants Petitioner's request for judicial notice").

RJN ISO MTN TO DISMISS OR, IN ALTERNATIVE, MTN FOR ABSTENTION

DATED: July 28, 2025                    NASSIRI & JUNG LLP

                                        By:  /s/ Kassra Nassiri
                                             Kassra P. Nassiri
                                             Jaime Dorenbaum
                                             Attorneys for Defendant
                                             Mexico Sports Distribution LLC

RJN ISO MTN TO DISMISS OR, IN ALTERNATIVE, MTN FOR ABSTENTION