Kassra P. Nassiri (215405)
kass@njfirm.com
Jaime Dorenbaum (289555)
jaime@njfirm.com
NASSIRI & JUNG LLP
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017
Telephone: (213) 626-6200
Facsimile: (213) 284-3900

Attorneys for Defendant
Mexico Sports Distribution LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOX CABLE NETWORK SERVICES, LLC, and TUBI, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GRUPO LAUMAN HOLDINGS, S. DE R.L. DE C.V., MEXICO SPORTS DISTRIBUTION LLC, ALTENER, S.A. DE C.V., COMTELSAT, S.A. DE C.V., and MEDIA DEPORTES MEXICO, S. DE R.L. DE C.V., <br><br> Defendants. | No. 2:25-CV-02444-JFW-AS <br><br> **DECLARATION OF PAULO JENARO DIEZ GARGARI IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE** <br><br> Date:  September 8, 2025 <br> Time:  1:30 pm <br> Judge: John F. Walter <br> Place: Courtroom 7A <br><br> [*Filed concurrently with Motion to Dismiss Second Amended Complaint, Request for Judicial Notice, and Proposed Order*] |

I, Paulo Jenaro Díez Gargari, declare and state as follows:

1.      I am admitted to practice law in all the courts of Mexico.  I am an attorney at the law firm DGT Díez Gargari, S.C., counsel for Defendant Mexico Sports Distribution LLC ("MSD") in Mexico. I have personal knowledge of the matters set forth below, and, if called to testify, would and could testify competently thereto.

2.      Attached as **Exhibit 1** is a true and correct copy of a complaint filed by MSD in the Superior Court of Mexico City on February 20, 2025.

3.      Attached as **Exhibit 2** is a true and correct copy of a translated version of the complaint attached as Exhibit 1, which has been certified by an authorized translator of Superior Court of Justice for Mexico City.

4.      Attached as **Exhibit 3** is a true and correct copy of a complaint filed by MSD in the Superior Court of Mexico City on February 21, 2025.

5.      Attached as **Exhibit 4** is a true and correct copy of a translated version of the complaint attached as Exhibit 3, which has been certified by an authorized translator of Superior Court of Justice for Mexico City.

6.      Attached as **Exhibit 5** is a true and correct copy of an order issued by the Superior Court of Mexico City on February 26, 2025.

7.      Attached as **Exhibit 6** is a true and correct copy of a translated version of the order attached as Exhibit 5, which has been certified by an authorized translator of Superior Court of Justice for Mexico City.

8.      Attached as **Exhibit 7** is a true and correct copy of an order issued by the Superior Court of Mexico City on February 27, 2025.

9.      Attached as **Exhibit 8** is a true and correct copy of a translated version of the order attached as Exhibit 7, which has been certified by an authorized translator of Superior Court of Justice for Mexico City.

10.      Attached as **Exhibit 9** is a true and correct copy of an order issued by the

1

DECLARATION OF PAULO JENARO DIEZ GARGARI IN SUPPORT OF RJN

Superior Court of Mexico City on March 26, 2025.

11.    Attached as **Exhibit 10** is a true and correct copy of a translated version of the order attached as Exhibit 9, which has been certified by an authorized translator of Superior Court of Justice for Mexico City.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 28, 2025

Firmado por:

/s/ Paulo Jenaro Diez Gargari

0AF24979209B49E...

Paulo Jenaro Díez Gargari

2

DECLARATION OF PAULO JENARO DIEZ GARGARI IN SUPPORT OF RJN